Robert TAYLOR, Appellant,

v.

The ALLIS-CHALMERS MANUFAC-
TURING COMPANY.

No. 17938.

United States Court of Appeals,
Third Circuit.

Argued Dec. 8, 1970.

Decided Dec. 21, 1970.

Howard J. Creskoff, Freedman, Bo-
rowsky & Lorry, Philadelphia, Pa. (Ed-
win E. Naythons, Philadelphia, Pa., on
the brief), for appellant.

T. E. Byrne, Jr., Krusen, Evans &
Byrne, Philadelphia, Pa., for appellee.

Before KALODNER, ALDISERT and
ROSENN, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

On this appeal from the entry of judg-
ment in favor of the defendant and
against the plaintiff pursuant to the
jury's verdict in plaintiff's personal in-
jury action, plaintiff contends that the
District Court erred in its instructions
to the jury and in ruling as inadmissible
admissions made by defendant's counsel
in his Pre-Trial Memorandum.

On review of the record, and con-
sideration of the parties' briefs and oral
argument, we cannot subscribe to plain-
tiff's contentions.

The Judgment will be affirmed for the
reasons so well stated by Chief Judge
Sheridan in his Opinion, 320 F.Supp.
1381 denying plaintiff's motion for a
new trial.